```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20046
   ADAM GODZIC
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-5065
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

  1. The case was filed on 10/29/07 .

  2. Case reassigned to Marilyn Marshall, Trustee, 01/29/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

     Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $       .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

  Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/28/08                      /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 20046 ADAM GODZIC