IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Godzic, Adam

Printed: 5/27/08

Case Number: 07 B 20046
Judge: Squires, John H
Filed: 1/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,038.75 |
| Trustee Fee: |  | 211.25 |
| Other Funds: |  | 0.00 |
| Totals: | 3,250.00 | 3,250.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 3,038.75 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | American Honda Finance Corporation | Secured | 0.00 | 0.00 |
| 4. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 5. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 6. | Citi Residential Lending Inc | Secured | 60,000.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 309.75 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 24.87 | 0.00 |
| 9. | US Bank | Unsecured | 3,446.49 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 32.69 | 0.00 |
| 11. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 630.59 | 0.00 |
| 12. | Citi Cards | Unsecured |  | No Claim Filed |
| 13. | Lowes | Unsecured |  | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 15. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 67,928.39 | $ 3,038.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 211.25 |
|  | _____ |
|  | $ 211.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Godzic, Adam | Case Number:  07 B 20046 |
| | Judge:  Squires, John H |
| Printed:  5/27/08 | Filed:  1/29/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

